Sara Khosroabadi, Esq.
NV Bar No. 13703
Hyde & Swigart
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
Sara@westcoastlitigation.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*
Jodi J. Jones

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JODI J. JONES, | Case No.: **2:15-cv-01930** |
| **Plaintiff,** | |
| v. | |
| BANK OF THE WEST, IDAHO CENTRAL CREDIT UNION, ONEWEST BANK, and EXPERIAN INFORMATION SOLUTIONS INC., | **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES** |
| **Defendants.** | |

CERTIFICATE OF INTERESTED PARTIES

1
2    The undersigned, counsel of record Sara Khosroabadi of Hyde & Swigart, for
3
4    Plaintiff, certifies that there are no known interested parties other than those
5    participating in this case.
6
7    Dated: October 19, 2015                           Respectfully submitted,
8
                                                       BY: /s/ SARA KHOSROABADI
9                                                           SARA KHOSROABADI, ESQ.
                                                            HYDE & SWIGART
10                                                          ATTORNEYS FOR PLAINTIFF
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

