Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara F. Khosroabadi, Esq. (SBN: 13703)
HYDE & SWIGART
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff, Jodi J. Jones*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JODI J. JONES,<br><br>             Plaintiff,<br>v.<br><br>BANK OF THE WEST, IDAHO CENTRAL CREDIT UNION, CIT BANK, N.A., formerly known as ONEWEST BANK, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No.: 2:15-cv-01930-APG-NJK<br><br>**Stipulation of Dismissal of CIT Bank, N.A.** *formerly known as* **OneWest Bank N.A.**<br><br><br>**ORDER** |

STIP. TO DISMISS    1    Case No.: 2:15-cv-01930-APG-NJK

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jodi J. Jones ("Plaintiff") and Defendant CIT Bank, N.A., formerly known as OneWest Bank N.A. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 9th day of March 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**

By: /s/  Marilyn Fine
Andrea M Gandara, Esq.
Marilyn Fine, Esq.
400 South Fourth St., Third Flr.
Las Vegas, NV 89101
*Attorneys for Defendant CIT Bank, N.A.*
*formerly known as OneWest Bank N.A.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2016