Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,
Jodi J. Jones*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JODI J. JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF THE WEST, IDAHO CENTRAL CREDIT UNION, ONEWEST BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01930-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT IDAHO CENTRAL CREDIT UNION**<br><br>**ORDER** |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jodi J. Jones and Defendant Idaho Central Credit Union ("ICCU") stipulate to dismiss with prejudice Plaintiff's claims against ICCU only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 16th day of March 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Aldrich Law Firm, LTD**

By: /s/ Gary S Fink
Gary S Fink, Esq.
John P. Aldrich, Esq.
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89116
*Attorneys for Idaho Central Credit Union*

IT IS SO ORDERED:

DATED: March 17, 2016

_____
UNITED STATES DISTRICT JUDGE